IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WATERS,<br><br>        Plaintiff,<br>v.<br><br>SOMA INTIMATES, LLC,<br><br>        Defendant. | Civil Action<br>File No.: |

**PETITION FOR REMOVAL**

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, Soma Intimates, LLC, by and through its undersigned counsel, and hereby files its Petition for Removal and respectfully shows this Court the following:

1. A civil action has been filed and is now pending in the Superior Court of Cobb County, State of Georgia, designated as Civil Action File No. 21105179.

2. The Summons and Complaint in that action were filed in the Superior Court of Cobb County on July 9, 2021, and were first received by Defendant Soma Intimates, LLC by and through an acknowledgement of service executed by

undersigned counsel on July 27, 2021. Thus, Soma Intimates, LLC timely files this petition of removal.

3. Soma Intimates, LLC. files herewith a copy of all process, pleading, and orders including the Summons and Complaint in this action, pursuant to 28 USC § 1446. [Attached hereto as Exhibits A, B, and C].

4. Defendant is now, was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of Florida and having its principal place of business in Florida. The sole member of Soma Intimates, LLC is Chico's FAS, Inc. which is a Florida corporation which also maintains its principal office in Florida.

5. Plaintiff is a citizen of the State of Georgia.

6. When considering whether complete diversity exists, the Court is left with the Georgia citizen Plaintiff, and the defendant is considered a citizen of Florida. Therefore, complete diversity exists and this case is properly removed.

7. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the parties and Defendant is not a resident of the State of Georgia, the Parties are not residents of the same State,

and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

"When the complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement. If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed." Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001) A Defendant seeking removal must prove by a preponderance of the evidence that the amount in controversy more likely than not exceeds the $75,000.00 jurisdictional amount. Standridge v. Wal-Mart Stores, Inc., 945 F. Supp. 252, 256 (N.D. Ga. 1996). When deciding whether the amount in controversy has been satisfied, the District Court can use its judicial experience and common sense. Roe v. Michelin North America, Inc., 613 F. 3d. 1058, 1064 (11th Cir. 2010).

In Plaintiff's Complaint, he claims he was struck in the head by picture frame. (Exhibit B, p. 2). The picture frame knocked Plaintiff's glasses off his head, caused a knot on his forehead, and his left eye swelled. (Exhibit B, p. 3). Plaintiff suffered pain in his head, pain in his left eye, dizziness, short term memory loss, nausea, blurred vision, and photophobia. (Exhibit B, p. 3). Plaintiff's neurologist diagnosed him with

a concussion. (Exhibit B, p. 3). The complaint alleges Plaintiff's medical bills exceed $5,000.00, and also seeks compensation for lost wages, and for general pain and suffering. (Exhibit B, pp. 4-5).

Prior to filing the lawsuit, Plaintiff served a pre-suit demand on Defendant. The demand letter provided more detail on Plaintiff's medical treatment, including a trip to the emergency room on the date of the incident, results of CT scans, and treatment with a neurologist. (Exhibit D, pp. 3-4). It outlined Plaintiff's $4,800.00 in medical expenses, and $26, 362.86 in lost wages. The demand concluded by seeking a total sum of $385,000.00 to settle the case. (Exhibit D, p. 4).

Accordingly, based on the damages Plaintiff is seeking in this case, it is clear the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8. Defendant attaches hereto a copy of the Summons and Complaint in the Superior Court of Cobb County, Georgia.  (Exhibit A).

9. Defendant attaches hereto a copy of Defendant's Notice of Removal filed in the Superior Court of Cobb County, Georgia.  (Exhibit C).

10. This action is currently pending in the Superior Court of Cobb County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division.  28 U.S.C. § 1446(a).

11. All Defendants who have been served consent to this removal.

This 26th day of August, 2021.

                        Goodman McGuffey LLP
                        Attorneys for Soma Intimates, LLC

By:   */s/ Robert E. Noble, III*
       ROBERT A. LUSKIN
       GA Bar No. 004383
       rluskin@GM-LLP.com
       ROBERT E. NOBLE, III
       GA Bar No. 261331
       rnoble@GM-LLP.com
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       (404) 264-1500 Phone
       (404) 264-1737 Fax

This 26th day of August, 2021.

                Goodman McGuffey LLP
                Attorneys for Soma Intimates, LLC

By:   */s/ Robert E. Noble, III*
       ROBERT A. LUSKIN
       GA Bar No. 004383
       rluskin@GM-LLP.com
       ROBERT E. NOBLE, III
       GA Bar No. 261331
       rnoble@GM-LLP.com
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       (404) 264-1500 Phone
       (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WATERS,<br><br>       Plaintiff,<br>v.<br><br>SOMA INTIMATES, LLC,<br><br>       Defendant. | Civil Action<br>File No.:    21105179 |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this **Petition for Removal** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Paul R. Bennett, Esq.
Law Office of Paul R. Bennett
P.O. Box 11
Columbus, GA 31902
pbennett@paulbennettlaw.com

This 26th day of August, 2021.

/s/ *Robert E. Noble, III*
ROBERT E. NOBLE, III
GA Bar No. 261331
rnoble@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax