IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WATERS, | |
| Plaintiff, | Civil Action<br>File No.:   1:21-cv-03538-TWT |
| v. | |
| SOMA INTIMATES, LLC, | |
| Defendant. | |

## DISMISSAL WITH PREJUDICE

The foregoing case having been settled as to the satisfaction of the parties, the Clerk of Court is hereby requested and directed to mark said action settled, satisfied and Dismissed with Prejudice. Each party will bear their own costs.

This  5  day of ~~December, 2021.~~
January, 2022

                                      LAW OFFICE OF PAUL R. BENNETT
                                      Attorneys for Claimant

By: _____
                                      PAUL R. BENNETT, ESQ.
                                      GA State Bar No. 051629
                                      P.O. Box 11
                                      812 Broadway
                                      Columbus, GA 31901
                                      pbennett@paulbennettlaw.com

GOODMAN MCGUFFEY LLP
Attorneys for Soma Intimates, LLC

BY: *Robert A. Luskin*
ROBERT A. LUSKIN, ESQ. *by PRB w/express permission*
GA State Bar No. 004383
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY WATERS,<br><br>    Plaintiff,<br><br>v.<br><br>SOMA INTIMATES, LLC,<br><br>    Defendant. | Civil Action<br>File No.:    1:21-cv-03538-TWT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of **DISMISSAL WITH PREJUDICE** by depositing a copy of same in the United States Mail, postage prepaid, as follows:

>Robert A. Luskin
>Goodman McGuffey LLP
>3340 Peachtree Street, NE
>Suite 2100
>Atlanta, Georgia  30326
>rluskin@gm-llp.com

This  5  day of ~~December, 2021~~.
January 2022

BY: _____
PAUL R. BENNETT, ESQ.
GA State Bar No. 051629
P.O. Box 11
812 Broadway
Columbus, GA 31901
pbennett@paulbennettlaw.com